UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY A. WIDGEON** | * | **CIVIL ACTION NO. 17-7281** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * * | **MAGISTRATE JUDGE MICHAEL NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 15th day of June, 2018.

*Sarah Vance*

**UNITED STATES DISTRICT COURT JUDGE**